**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Joseph Yeboah            BK NO. 24-02389 MJC
              Debtor(s)

                                                   Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                           Respectfully submitted,

                                           /s/ *Brent J. Lemon*
                                           Brent Lemon
                                           07 Oct 2024, 12:32:41, EDT


       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA 19106
       215-627-1322

Document ID: 55a071f1ed5188372980ab04312bd4b5853651f4625078f09c9cf88836cee97ca