| | |
|---|---|
| In re: | Case No. 24-02389-MJC |
| Joseph Yeboah | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 28, 2024 | Form ID: ntnew341 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Yeboah, 101 Kimball Court, East Stroudsburg, PA 18302-8611 |
| 5655099 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 5655101 | + | First Service Residential, 106 Columbia Drive, Suite 3, East Stroudsburg, PA 18301-8221 |
| 5655103 | + | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |
| 5655104 | | Monroe County Tax Claim Bureau, Room 104, Quaker Plaza, Stroudsburg, PA 18360 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2024 18:51:51 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5656183 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2024 18:51:52 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5655098 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2024 18:52:00 | Bureaus Investment Group Portfolio No 15, c/o PRA Receivables Mgmt LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5655100 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2024 18:52:26 | Capital Bank N.A., Po Box 8130, Reston, VA 20195-2030 |
| 5655102 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2024 18:45:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 5656085 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2024 18:52:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5655105 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2024 18:46:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0001 |
| 5655106 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 28 2024 18:45:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5664436 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 28 2024 18:45:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5655107 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2024 18:52:32 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 5655959 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2024 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5655108 | | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2024 18:52:37 | Verizon, by American Infosource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Paul H. Young | on behalf of Debtor 1 Joseph Yeboah ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|:---:|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Joseph Yeboah, | Chapter | 13 |
|---|---|---|
| **Debtor 1** | | |
| | Case No. | 5:24−bk−02389−MJC |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: December 2, 2024<br><br>Time: 08:30 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 28, 2024 |

ntnew341 (09/23)