IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 24-02389 |
| | : | |
| JOSEPH YEBOAH | : | |
| | : | |
| Debtor | : | CHAPTER 13 |

## PRAECIPE FOR ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE

TO THE CLERK:

Kindly enter my Appearance on behalf of Middle Smithfield Township. Kindly place me on the service list of creditors to receive notice of future filings.

GRIM, BIEHN & THATCHER

BY:   /s/ Kelly L. Eberle
        Kelly L. Eberle, Esquire
        Attorney I.D. # 306591
        Attorney for Middle Smithfield Township
        P.O. Box 215
        Perkasie, PA  18944
        (215) 257-6811