# INCOME STATEMENT (PROFIT & LOSS) FOR THE PERIOD JANUARY TO AUGUST 2024

| MONTH | REVENUE ITEMS | AMOUNTS ($) | |
|---|---|---|---|
| | | Card & mobil | Cash & others |
| JANUARY | TRIPS | 7916.04 | 1836.9 |
| | EXTRAS | 163.5 | 50 |
| | TIPS | 1396.18 | 0 |
| FEBRUARY | TRIPS | 5949.35 | 939.4 |
| | EXTRAS | 137.5 | 26 |
| | TIPS | 1057.03 | 0 |
| MARCH | TRIPS | 6911.08 | 1913.3 |
| | EXTRAS | 258.5 | 56 |
| | TIPS | 1480.18 | 0 |
| APRIL | TRIPS | 7982.24 | 2360.9 |
| | EXTRAS | 198.5 | 51 |
| | TIPS | 1432.95 | 0 |
| MAY | TRIPS | 7968.9 | 1641.7 |
| | EXTRAS | 173.5 | 29.5 |
| | TIPS | 1525.41 | 0 |
| JUNE | TRIPS | 6994.78 | 1571.3 |
| | EXTRAS | 206 | 41 |
| | TIPS | 1219.79 | 0 |
| JULY | TRIPS | 7108.64 | 1204.4 |
| | EXTRAS | 144.5 | 27.5 |
| | TIPS | 1426.23 | 0 |
| AUGUST | TRIPS | 531.5 | 252.1 |
| | EXTRAS | 0 | 0 |
| | TIPS | 88.84 | 0 |

| MONTH | EXPENDITURE ITEMS | | |
|---|---|---|---|
| TOTAL | | | 62109.18 |
| LESS | | | |
| JANUARY | TOLLS | 588.44 | |
| | STATE SURCH | 46.5 | |
| | IMP SURCH | 115 | |
| | CONG FEE | 197.5 | |
| | AIRP FEE | 112 | |
| FEBRUARY | TOLLS | 355.4 | |
| | STATE SURCH | 45 | |
| | IMP SURCH | 118 | |
| | CONG FEE | 207.5 | |
| | AIRP FEE | 56 | |
| MARCH | TOLLS | 718.42 | |
| | STATE SURCH | 54.5 | |
| | IMP SURCH | 136 | |
| | CONG FEE | 260 | |
| | AIRP FEE | 70 | |
| | SERV FEE | 2.5 | |
| APRIL | TOLLS | 524.13 | |
| | STATE SURCH | 44 | |
| | IMP SURCH | 123 | |
| | CONG FEE | 187.5 | |
| | AIRP FEE | 80.5 | |
| | TOLLS | 578.08 | |
| | STATE SURCH | 43.5 | |
| | IMP SURCH | 120 | |
| | | | 12001 |
| | | 157.1 | |
| | | 14 | |
| | | 31 | |
| | | 45 | |
| | | 26.5 | |
| | | 100.89 | |
| | | 8 | |
| | | 18 | |
| | | 35 | |
| | | 5.25 | |
| | | 146.85 | |
| | | 18 | |
| | | 41 | |
| | | 85 | |
| | | 15.75 | |
| | | 0 | |
| | | 154.29 | |
| | | 20 | |
| | | 47 | |
| | | 57.5 | |
| | | 45.5 | |
| | | 109.59 | |
| | | 15 | |
| | | 34 | |
| | | | 74110.18 |

MAY

Case 5:24-bk-02389-MJC    Doc 21    Filed 11/13/24    Entered 11/13/24 08:18:40    Desc
Main Document      Page 2 of 3

| Month | Category | Amount | | |
|---|---|---|---|---|
| JUNE | CONG FEE | 195 | 47.5 | |
| | AIRP FEE | 84 | 29.75 | |
| | TOLLS | 486.94 | 111.05 | |
| | STATE SURCH | 40 | 11 | |
| | IMP SURCH | 109 | 25 | |
| | CONG FEE | 187.5 | 37.5 | |
| | AIRP FEE | 70 | 21 | |
| JULY | TOLLS | 410.06 | 111.15 | |
| | STATE SURCH | 39.5 | 10 | |
| | IMP SURCH | 116 | 24 | |
| | CONG FEE | 200 | 37.5 | |
| | AIRP FEE | 56 | 22.75 | |
| AUGUST | TOLLS | 38.19 | 25.31 | |
| | STATE SURCH | 2 | 0.5 | |
| | IMP SURCH | 7 | 3 | |
| | CONG FEE | 10 | 0 | |
| | AIRP FEE | 1.75 | 1.75 | |
| | SERV FEE | 2.5 | 0 | |
| TOTAL | | 6841.41 | 1746.23 | 8587.64 |
| PROFIT/LOSS (REVENUE - EXPENDITURE) | | | | 65522.54 |