# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     JOSEPH YEBOAH         :     CHAPTER 13
                                              :
          **Debtor**                              :     BANKRUPTCY NO. 24-02389

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Amended Motion for Expedited Consideration *for Motion to Reconsider Dismissal*, docket number 25, filed by YOUNG, MARR & ASSOCIATES.

                                                        /s/Paul H. Young
                                                        Paul H. Young, Esquire
                                                        Attorney for Debtor
                                                        3554 Hulmeville Road, Ste. 102
                                                        Bensalem, PA 19020

Date: November 15, 2024