# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     JOSEPH YEBOAH     :     CHAPTER 13
: 
Debtor     :     BANKRUPTCY NO. 24-02389

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Amended Motion to Reconsider Order, docket number 26, filed by YOUNG, MARR & ASSOCIATES.

                                 /s/Paul H. Young
                                 Paul H. Young, Esquire
                                 Attorney for Debtor
                                 3554 Hulmeville Road, Ste. 102
                                 Bensalem, PA 19020

Date: November 15, 2024