U.S. BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH YEBOAH : CHAPTER 13
:
Debtors : NO. 24-02389

# CERTIFICATE OF SERVICE

I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have served by facsimile and/or first-class mail a true and correct copy of Debtor's Motion to Reconsider Order of Dismissal of Chapter 13 Case, as well as the Notice of Motion, Response Deadline, and Hearing Date, to the parties indicated below:

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtor

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020
(215) 639-5297

Dated: November 13, 2024