U.S. BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH YEBOAH : CHAPTER 13
:
Debtors : NO. 24-02389

**CERTIFICATE OF SERVICE**

I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have served by facsimile and/or first-class mail a true and correct copy of Debtor's Motion for Expedited Consideration on Motion to Reconsider Dismissal to the parties indicated below:

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtor

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020
(215) 639-5297