JOSEPH YEBOAH
101 KIMBALL COURT
EAST STROUDSBURG, PA 18302

PA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION, PO BOX 280946
HARRISBURG, PA 17128

PAUL H. YOUNG, ESQUIRE
YOUNG MARR & ASSOCIATES
3554 HULMEVILLE RD SUITE 102
BENSALEM, PA 19020

PNC BANK
3232 NEWMARK DRIVE
MIAMISBURG, OH 45342

BUREAUS INVESTMENT GROUP PORTFOLIO 15
C/O PRA RECEIVABLES MGMT LLC
PO BOX 41021
NORFOLK, VA 23541

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA 23541

CAPITAL BANK N.A.
2275 RESEARCH BLVD. STE 600
ROCKVILLE, MD 20850

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
HOUSTON, TX 77210-4457

CAPITAL BANK N.A.
PO BOX 8130
RESTON, VA 20195

YOUNG, MARR & ASSOCIATES, LLC
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM, PA 19020

FIRST SERVICE RESIDENTIAL
106 COLUMBIA DRIVE, SUITE 3
EAST STROUDSBURG, PA 18301

INTERNAL REVENUE SERVICE
1000 LIBERTY AVENUE
ROOM 727
PITTSBURGH, PA 15222

MIDDLE SMITHFIELD TOWNSHIP
147 MUNICIPAL DRIVE
EAST STROUDSBURG, PA 18302

MONROE COUNTY TAX CLAIM BUREAU
ROOM 104, QUAKER PLAZA
STROUDSBURG, PA 18360

MONROE COUNTY TAX CLAIM BUREAU
101 KIMBALL COURT
STROUDSBURG, PA 18360