U.S. BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH YEBOAH  : CHAPTER 13
: 
Debtor(s) : BANKRUPTCY NO. 24-02389

## AMENDED CERTIFICATE OF SERVICE

I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtors in the above-captioned matter and that I have served by facsimile and/or first-class mail a true and correct copy of Debtor's Motion to Reconsider Order of Dismissal of Chapter 13, as well as the Notice of Motion, response Deadline, and Hearing Date to the parties indicated below on the 13th day of November, 2024:

Trustee

U.S. Trustee

Debtor

All Creditors on Matrix

/s/Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtors
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: November 21, 2024

Label Matrix for local noticing
0314-5
Case 5:24-bk-02389-MJC
Middle District of Pennsylvania
Wilkes-Barre
Thu Nov 21 13:54:44 EST 2024

Ally Financial c/o AIS Portfolio Services, L
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

Middle Smithfield Township
147 Municipal Drive
East Stroudsburg, PA 18302-9519

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360-2141

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

Ally Financial
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Bureaus Investment Group Portfolio No 15
c/o PRA Receivables Mgmt LLC
PO Box 41021
Norfolk, VA 23541-1021

Capital Bank N.A.
2275 Research Blvd. Ste 600
Rockville, MD 20850-6238

Capital Bank N.A.
Po Box 8130
Reston, VA 20195-2030

First Service Residential
106 Columbia Drive, Suite 3
East Stroudsburg, PA 18301-8221

Internal Revenue Service
1000 Liberty Avenue
Room 727
Pittsburgh, PA 15222-4107

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Monroe County Tax Claim Bureau
Room 104, Quaker Plaza
Stroudsburg, PA 18360

PA Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg, PA 17128-0001

(p)PNC BANK RETAIL LENDING
PO BOX 94982
CLEVELAND OH 44101-4982

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Verizon
by American Infosource as agent
PO Box 4457
Houston, TX 77210-4457

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Joseph Yeboah
101 Kimball Court
East Stroudsburg, PA 18302-8611

Paul H. Young
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020-4366

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

(d)Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck NJ 07666

PNC Bank
3232 Newmark Drive
Miamisburg, OH 45342

| | | |
|---|---|---|
| (d)PNC Bank, NA.<br>232 Newmark Drive<br>Miamisburg, OH 45342 | Portfolio Recovery Associates LLC<br>PO Box 12914<br>Norfolk, VA 23541 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC BANK, NATIONAL ASSOCIATION | (d)Middle Smithfield Township<br>147 Municipal Drive<br>East Stroudsburg, PA 18302-9519 | End of Label Matrix<br>Mailable recipients 22<br>Bypassed recipients 2<br>Total 24 |