## U.S. BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH YEBOAH  : CHAPTER 13
  :
Debtor(s) : BANKRUPTCY NO. 24-02389

## AMENDED CERTIFICATE OF SERVICE

I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtors in the above-captioned matter and that I have served by facsimile and/or first-class mail a true and correct copy of Debtor's Motion For Expedited Consideration on the Motion to Reconsider Dismissal to the parties indicated below on the 13th day of November, 2024:

    Trustee

    U.S. Trustee

    Debtor

    All Creditors on Matrix

    /s/Paul H. Young
    PAUL H. YOUNG, ESQUIRE
    Attorney for Debtors
    3554 Hulmeville Road, Suite 102
    Bensalem, PA 19020
    P: 215-639-5297
    F: 215-639-1344
    support@ymalaw.com

Dated: November 21, 2024

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:24-bk-02389-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Thu Nov 21 13:54:44 EST 2024 | Ally Financial c/o AIS Portfolio Services, L<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| Middle Smithfield Township<br>147 Municipal Drive<br>East Stroudsburg, PA 18302-9519 | Monroe County Tax Claim Bureau<br>1 Quaker Plaza, Room 104<br>Stroudsburg, PA 18360-2141 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 |
| Ally Financial<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Bureaus Investment Group Portfolio No 15<br>c/o PRA Receivables Mgmt LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Capital Bank N.A.<br>2275 Research Blvd. Ste 600<br>Rockville, MD 20850-6238 |
| Capital Bank N.A.<br>Po Box 8130<br>Reston, VA 20195-2030 | First Service Residential<br>106 Columbia Drive, Suite 3<br>East Stroudsburg, PA 18301-8221 | Internal Revenue Service<br>1000 Liberty Avenue<br>Room 727<br>Pittsburgh, PA 15222-4107 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Monroe County Tax Claim Bureau<br>Room 104, Quaker Plaza<br>Stroudsburg, PA 18360 | PA Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg, PA 17128-0001 |
| (p)PNC BANK RETAIL LENDING<br>PO BOX 94982<br>CLEVELAND OH 44101-4982 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | Verizon<br>by American Infosource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Joseph Yeboah<br>101 Kimball Court<br>East Stroudsburg, PA 18302-8611 | Paul H. Young<br>Young, Marr, Mallis & Deane, LLC<br>3554 Hulmeville Rd.<br>Ste 102<br>Bensalem, PA 19020-4366 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | (d)Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck NJ 07666 | PNC Bank<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |

(d) PNC Bank, NA.
232 Newmark Drive
Miamisburg, OH 45342

Portfolio Recovery Associates LLC
PO Box 12914
Norfolk, VA 23541

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) PNC BANK, NATIONAL ASSOCIATION

(d) Middle Smithfield Township
147 Municipal Drive
East Stroudsburg, PA 18302-9519

End of Label Matrix
Mailable recipients    22
Bypassed recipients     2
Total                  24