United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-02389-MJC
Joseph Yeboah  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 04, 2024      Form ID: pdf010      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Yeboah, 101 Kimball Court, East Stroudsburg, PA 18302-8611 |
| 5655099 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 5655101 | + | First Service Residential, 106 Columbia Drive, Suite 3, East Stroudsburg, PA 18301-8221 |
| 5655103 | + | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |
| 5655104 | | Monroe County Tax Claim Bureau, Room 104, Quaker Plaza, Stroudsburg, PA 18360 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 04 2024 18:48:17 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5664657 | | Email/Text: bnc@atlasacq.com | Dec 04 2024 18:45:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5656183 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 04 2024 18:48:16 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5655098 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2024 18:47:52 | Bureaus Investment Group Portfolio No 15, c/o PRA Receivables Mgmt LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5655100 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 04 2024 18:47:52 | Capital Bank N.A., Po Box 8130, Reston, VA 20195-2030 |
| 5655102 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2024 18:45:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 5656085 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2024 18:48:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5655105 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2024 18:45:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0001 |
| 5655106 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2024 18:45:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5664436 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2024 18:45:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5655107 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2024 18:47:51 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 5655959 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2024 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5655108 | | Email/PDF: ebn_ais@aisinfo.com | Dec 04 2024 18:48:16 | Verizon, by American Infosource as agent, PO Box 4457, Houston, TX 77210-4457 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2024  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly Lyn Eberle | on behalf of Creditor Middle Smithfield Township keberle@grimlaw.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Paul H. Young | on behalf of Debtor 1 Joseph Yeboah ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH YEBOAH | : | CASE NO. 5:24-BK-02389-MJC |
| DEBTOR | : | |

## ORDER

Upon consideration of Debtor's Motion to Reconsider the Dismissal of this Chapter 13 Case, Dkt. # 22 ("Motion"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, and after hearings held on November 26, 2024 and December 4, 2024, it is hereby

**ORDERED** and **DECREED** that the Order of Dismissal dated November 11, 2024, Dkt. # 20, is hereby **VACATED** and the above case is **REINSTATED**; and it is further

**ORDERED** and **DECREED** that the Automatic Stay of Proceedings **SHALL** remain in full force and effect until further Order of this Court.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: December 4, 2024