United States Bankruptcy Court

Middle District of Pennsylvania

In re:                               Case No. 24-02389-MJC

Joseph Yeboah              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 2

Date Rcvd: Jan 28, 2025      Form ID: ntcnfhrg      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Yeboah, 101 Kimball Court, East Stroudsburg, PA 18302-8611 |
| 5655099 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 5655101 | + | First Service Residential, 106 Columbia Drive, Suite 3, East Stroudsburg, PA 18301-8221 |
| 5684647 | + | Lake of the Pines Community Association, c/o Hoffman Law LLC, PO Box 609, Montgomeryville, PA 18936-0609 |
| 5655103 | + | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |
| 5655104 | | Monroe County Tax Claim Bureau, Room 104, Quaker Plaza, Stroudsburg, PA 18360 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2025 18:58:03 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5664657 | | Email/Text: bnc@atlasacq.com | Jan 28 2025 18:54:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5656183 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2025 19:09:37 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5655098 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2025 18:58:34 | Bureaus Investment Group Portfolio No 15, c/o PRA Receivables Mgmt LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5655100 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 28 2025 19:09:36 | Capital Bank N.A., Po Box 8130, Reston, VA 20195-2030 |
| 5655102 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2025 18:54:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 5656085 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2025 19:09:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5655105 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2025 18:54:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0001 |
| 5655106 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2025 18:54:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5664436 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2025 18:54:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5655107 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2025 19:09:47 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 5655959 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2025 18:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5655108 | | Email/PDF: ebn_ais@aisinfo.com | | |

|  |  |  |
|---|---|---|
|  | Jan 28 2025 19:09:41 | Verizon, by American Infosource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025　　　　　　　　Signature:　　　／s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly Lyn Eberle | on behalf of Creditor Middle Smithfield Township keberle@grimlaw.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov  TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Paul H. Young | on behalf of Debtor 1 Joseph Yeboah ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Yeboah,  Chapter 13

**Debtor 1**

Case No.  5:24−bk−02389−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 4, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 11, 2025  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 28, 2025 |

ntcnfhrg (08/21)