U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re   JOSEPH YEBOAH            :       CHAPTER 13
                                 :
Debtor(s)                        :       BANKRUPTCY NO. 24-02389

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Joseph Yeboah, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by **PNC Bank, National Association** on August 5, 2025. Debtors believe they can become current on all post-petition payments due under the May 14, 2025 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: August 6, 2025