In re:                                                      Case No. 24-02389-MJC
Joseph Yeboah                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                 User: AutoDocke                                    Page 1 of 2
Date Rcvd: Aug 22, 2025                         Form ID: pdf010                              Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Yeboah, 101 Kimball Court, East Stroudsburg, PA 18302-8611 |
| 5655099 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 5655101 | #+ | First Service Residential, 106 Columbia Drive, Suite 3, East Stroudsburg, PA 18301-8221 |
| 5684647 | + | Lake of the Pines Community Association, c/o Hoffman Law LLC, PO Box 609, Montgomeryville, PA 18936-0609 |
| 5655103 | + | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |
| 5655104 | | Monroe County Tax Claim Bureau, Room 104, Quaker Plaza, Stroudsburg, PA 18360 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2025 18:42:39 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5664657 | | Email/Text: bnc@atlasacq.com | Aug 22 2025 18:36:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5656183 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2025 18:42:36 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5655098 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2025 18:42:45 | Bureaus Investment Group Portfolio No 15, c/o PRA Receivables Mgmt LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5655100 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 22 2025 18:42:35 | Capital Bank N.A., Po Box 8130, Reston, VA 20195-2030 |
| 5655102 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2025 18:36:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 5656085 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 18:42:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5655105 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2025 18:36:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0001 |
| 5655106 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 22 2025 18:36:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5664436 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 22 2025 18:36:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5655107 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2025 18:42:41 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 5655959 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2025 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA |

| | | | |
|---|---|---|---|
| 5655108 | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2025 18:42:34 | 17128-0946<br>Verizon, by American Infosource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kelly Lyn Eberle | on behalf of Creditor Middle Smithfield Township keberle@grimlaw.com ksaborsky@grimlaw.com;bnorth@grimlaw.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Paul H. Young | on behalf of Debtor 1 Joseph Yeboah ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Joseph Yeboah, | : | Case No. 5:24-bk-02389-MJC |
| | : | |
| Debtor. | : | |

ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice, Dkt. # 68 ("Motion"), no responses having been filed thereto, after a hearing held on August 21, 2025, the Debtor having failed to appear, and for the reasons stated on the record, it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned bankruptcy be and is hereby **DISMISSED WITH PREJUDICE**, it is further

**ORDERED** that Debtor is hereby **BARRED** from filing another bankruptcy case in this District **through and including August 20, 2026;** and it is further

**ORDERED that the Clerk of Court is directed to CLOSE this case and refuse to accept any future attempted bankruptcy petition filings by the Debtor during the injunction period, without a prior order of the Court authorizing any subsequent bankruptcy case filing.**

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 22, 2025